USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/13/2019__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOINA ROSU ALMAZON,

                    Plaintiff,

        -against-

JPMORGAN CHASE BANK, National
Association,

                    Defendant.

19-CV-4871 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the motion filed by plaintiff's counsel Padmaja Chinta (Dkt. No. 35) seeking leave to withdraw as counsel of record and explaining that she has fulfilled her obligations under the limited-scope engagement for which she was retained by the plaintiff. Although she writes in her declaration that plaintiff consents to her withdrawal, *see* Chinta Decl. (Dkt. No. 35-1) ¶ 7, she does not include any stipulation, or other writing signed by plaintiff, confirming plaintiff's consent. Moreover, Chinta does not state whether her firm intends to assert a charging lien against plaintiff in this matter, as required by Local Civil Rule 1.4.

Accordingly, it is hereby ORDERED that:

1.      No later than **December 19, 2019**, Attorney Chinta shall file a supplemental declaration stating whether she plans to assert a lien against plaintiff and file proof of service of any such declaration, along with this order, on her client. If plaintiff wishes to respond to her attorney's motion, she may do so in the form of a letter **delivered directly to chambers** by mail, courier, or overnight delivery service, addressed to:

Chambers of the Hon. Barbara Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Letters must include **the name and docket number of this case**, must be **legible** and **signed by the party submitting it**, and must arrive in chambers on or before **December 27, 2019**. If plaintiff elects to respond to the motion for leave to withdraw, she must serve a copy of her response on her attorney, but need not serve a copy on defendant.

2.      In the alternative, plaintiff and her attorney may stipulate to Chinta's withdrawal by submitting a fully-executed stipulation to the Court for approval.

Dated: New York, New York
      December 13, 2019

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**