USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DOINA ROSU ALMAZON                           :
                              Plaintiff,          :      19-CV-4871 (VEC)
                                          :
            -against-                              :
                                          :      ORDER
JPMORGAN CHASE BANK, National        ::
Association,                                          :
                            Defendant.      :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 12, 2019, Plaintiff Doina Almazon personally filed a letter, rather than through her counsel, stating that her home is subject to foreclosure on December 17, 2019, and seeking some manner of emergency relief from this Court, Dkt. 37; and

       WHEREAS Plaintiff's counsel's motion to withdraw remains pending, Dkt. 35;

       IT IS HEREBY ORDERED THAT, **no later than 12:00 P.M. on Monday, December 16, 2019**, Defendant JPMorgan Chase Bank must file a letter responding to Ms. Almazon, particularly in response to her claim that "The Law Firm of Fein, Such & Crane, LLP . . . pursued the full adjudication of my case in NY Supreme Court, without notice to me and while I had been under the reasonable impression the Stay was intact in Nassau County." Dkt. 37 at 2.

       IT IS FURTHER ORDERED THAT, **no later than 12:00 P.M. on Monday, December 16, 2019**, Plaintiff's counsel must file a letter on Ms. Almazon's behalf, clarifying the relief that she is seeking from this Court.

       IT IS FURTHER ORDERED THAT all parties and counsel appear for a status conference before this Court at **2:30 P.M. on Monday, December 16, 2019**, in a courtroom to be determined on Monday, in either the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York 10007 or the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New

York, New York 10007.  A notice of the precise location will be electronically posted to the docket on Monday.  If any party is unsure of the location, they must inquire by calling 212-805-6350 on Monday.  To be clear, the Court is requiring the attendance of Ms. Almazon, Ms. Almazon's counsel, and at least one attorney for Defendant, including a representative from Fein, Such & Crane, LLP who is familiar with Ms. Almazon's case(s), at the hearing on December 16, 2019.

**SO ORDERED.**
**Date:  December 13, 2019**　　　　　　　　　　　_____
　　　**New York, New York**　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**