UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/10

DOINA ROSU ALMAZON,

    Plaintiff,

-against-

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,

    Defendant.

19-CV-4871 (VEC) (BCM)

**ORDER**

## BARBARA MOSES, United States Magistrate Judge.

Since briefing was completed on defendant's motion to dismiss (Dkt. No 7), there have been additional proceedings in state court. No later than **February 5, 2020**, defendant shall update the record in this action by filing on ECF properly authenticated copies of all papers submitted to or issued by the state court in the foreclosure action, Index No. 00585/2013 (including any appeals), since October 1, 2019, without comment or argument.

The Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff.

Dated: New York, New York
      January 31, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**