USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/09/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DOINA ROSU ALMAZON                  :

                                     Plaintiff,     :         19-CV-4871 (VEC)

                    -against-                        :

                                                  :         <u>ORDER</u>

JPMORGAN CHASE BANK, National   :
Association,                                           :

                                    Defendant.   :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 20, 2019, the Court referred this matter to Magistrate Judge Barbara Moses for purposes of general pretrial and dispositive motions, Dkt. 6;

       IT IS HEREBY ORDERED THAT the reference to the Magistrate Judge is cancelled for all purposes.

**SO ORDERED.**

**Date: March 9, 2020**                                    _____
**New York, New York**                            **VALERIE CAPRONI**
                                                        **United States District Judge**