**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DOINA ROSU ALMAZON,
                    Plaintiff,

-against-                                    19 **CIVIL** 4871 (VEC)

## JUDGMENT

JPMORGAN CHASE BANK, National
Association,
                    Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 9, 2020, Defendant's motion to dismiss is granted; to the extent Plaintiff's claims seek declaratory relief, they are dismissed pursuant to Rule 12(b)(1); to the extent they seek monetary relief, they are dismissed, with prejudice, pursuant to Rule 12(b)(6); leave to amend is denied as futile; accordingly, the case is closed.

**Dated:** New York, New York
            March 10, 2020

                                                              RUBY J. KRAJICK
                                                                Clerk of Court

BY:
                                                                Deputy Clerk

                                                                THIS DOCUMENT WAS ENTERED
                                                                ON THE DOCKET ON 3/10/2020